No. 93–136. WASHBURN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. ▮

No. 93–137. MOBILE HOME VILLAGE, INC., T/A SOUTH WIND VILLAGE *v.* MAYOR AND COUNCIL OF TOWNSHIP OF JACKSON, NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–139. R. S. ET AL. *v.* CHILDREN AND YOUTH SERVICES OF PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▮

No. 93–140. CLEARY ET AL. *v.* KAISER FOUNDATION HEALTH PLAN OF CALIFORNIA, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–142. BURKS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied. ▮

No. 93–145. MUNICIPAL LIGHT COMPANY OF ASHBURNHAM ET AL. *v.* MASSACHUSETTS ET AL. App. Ct. Mass. Certiorari denied. ▮

No. 93–146. GREENE COUNTY MEMORIAL PARK ET AL. *v.* BEHM FUNERAL HOMES, INC., ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 93–149. FISH *v.* COLLINGS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–150. TAPIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 93–151. GREENE *v.* NEW YORK STOCK EXCHANGE, INC., ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 93–152. WALL *v.* ROCKWELL INTERNATIONAL CORP. C. A. 8th Cir. Certiorari denied. ▮

No. 93–153. ARNOLD, AKA AHMAD *v.* LEONARD ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 93–156. MIRA SLOVAK AEROBATICS, INC. *v.* CALIFORNIA STATE BOARD OF EQUALIZATION. Ct. App. Cal., 2d App. Dist. Certiorari denied.